# Third District Court of Appeal
## State of Florida

Opinion filed November 29, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1630
Lower Tribunal No. 19-13413
_____

**De Soleil South Beach Residential Condominium
Association, Inc.,**
Appellant,

vs.

**Certain Underwriters at Lloyd's, London, etc., et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, William Thomas, Judge.

Law Offices of Jason Gordon, P.A., and Jason Gordon (Hollywood), for appellant.

TorresVictor and Anna D. Torres (West Palm Beach), for appellees.

Before LINDSEY, GORDO and LOBREE, JJ.

PER CURIAM.

Affirmed.